361 U.S. 97
 80 S.Ct. 197
 4 L.Ed.2d 149
 TRI-CITY BROADCASTING CO.
v.
BOWERS, Tax Commissioner of Ohio
 No. 406.
 Supreme Court of the United States
 November 16, 1959
 
 Messrs. Carlton S. Dargusch, Carlton S. Dargusch, Jr., and Jack H. Bertsch, for appellant.
 Messrs. Mark McElroy, Atty. Gen. of Ohio, and Joseph D. Karam, Asst. Atty. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.